## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT OWENSBORO

**STEVEN BRAD MATTINGLY**                                                       **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO. 4:10CV-150-M**

**DAVID OSBORNE** *et al.*                          `                           **DEFENDANTS**

### MEMORANDUM OPINION

Plaintiff, Steven Brad Mattingly, initiated this civil action under 42 U.S.C. § 1983 by filing a complaint on or about December 20, 2010.  On February 8, 2011, the Clerk of Court mailed Mattingly an Order granting his motion to proceed *in forma pauperis*.  The mailing was returned to the Clerk of Court by the U.S. Postal Service marked "Return to Sender Not Deliverable as Addressed Unable to Forward."  A review of the docket sheet indicates that the Order was correctly addressed to the address of record on file with Court.  Furthermore, the Daviess County Detention Center's on-line lookup system no longer lists Mattingly as a current inmate.

It appears that Mattingly has either been released or transferred to another institution. However, he has not filed a notice of change of address with the Court.  Upon filing the instant action, Mattingly assumed the responsibility to keep this Court advised of his current address and to litigate his claims actively.  *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel.  Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").  Mattingly has failed in his obligations to the Court.  Because neither notices from this Court nor filings by Defendants in this action can be served on Mattingly, the Court construes this action to be abandoned.  Therefore, the Court will

dismiss this action by separate Order.

Date:




cc:     Plaintiff, *pro se*
        Defendants

4414.008